IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Clarence B. Jenkins Jr., | ) | C/A No. _5:26-cv-3399-SAC-PJG_ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | COMPLAINT |
| | ) | |
| NEOGOV, Office of South Carolina | ) | |
| Governor, South Carolina Department | ) | |
| of Administration, South Carolina | ) | |
| Department of Employment, South | ) | |
| Carolina Human Affairs Commission, | ) | |
| South Carolina Office of Inspector | ) | |
| General, South Carolina Secretary of | ) | |
| State, South Carolina Department of | ) | |
| Public Safety, Richland County | ) | |
| Government, South Carolina Insurance | ) | |
| Reserve Fund, South Carolina Attorney | ) | |
| General Office and South Carolina Law | ) | |
| Enforcement Division(SLED) | ) | |
| Defendants. | ) | |
| | ) | |

I as a Pro Se Plaintiff brings this lawsuit against ALL DEFENDANTS for Civil
Rights Violations of Employment Discrimination and Retaliation.   And against those
DEFENDANTS that knew about and cover up Civil Rights Violations therefore
participated as Co-Conspirators.   Also against ALL or ANY DEFENDANTS who
sought to HINDER or INTERCEDE in attempts to obtain TRUE FACTS regarding Civil
Rights Violations of Employment Discrimination and Retaliation.   The VERIFIABLE
SUBSTANTIAL EVIDENCE associated with this COMPLAINT against ALL
DEFENDANTS will ESTABLISHED CLAIMS and JUSTIFY LAWSUIT.

1

I as Pro Se Plaintiff was SECRETLY BLACKBALLED AFFECT with "Barred From Applying, Candidate Has Been Marked, Does Not Meet Minimum Qualifications and False Classification of NEPOTISM" by South Carolina Department of Employment Workforce(hereafter SCDEW) and South Carolina State Government Agencies to UNLAWFULLY DENYING EMPLOYMENT OPPORTUNITIES. SCDEW and South Carolina State Government Agencies has placed the BLAME on NEOGOV for a SECRETLY BLACKBALLED AFFECT with "Barred From Applying, Candidate Has Been Marked, Does Not Meet Minimum Qualifications and False Classification of NEPOTISM". NEOGOV provided to Pro Se Plaintiff VERIFIABLE SUBSTANTIAL EVIDENCE in May 22, 2019 to August 12, 2019 that "Barred From Applying" is not a system error as FALSELY CLAIMED by SCDEW and South Carolina State Government Agencies but a FEATURE OF THEIR PRODUCT sold to the State of South Carolina for USE. I as Pro Se Plaintiff from December 1, 2025 to January 5, 2026 has been submitting RESPONSES of SCDEW and South Carolina State Government Agencies regarding "Barred From Applying, Candidate Has Been Marked, Does Not Meet Minimum Qualifications and False Classification of NEPOTISM" seeking an OFFICIAL STATEMENT from NEOGOV.

NEOGOV as of December 1, 2025 to January 5, 2026 has provided Pro Se Plaintiff ADDITIONAL VERIFIABLE SUBSTANTIAL EVIDENCE that SCDEW and South Carolina State Government Agencies applied "Barred From Applying, Candidate Has Been Marked, Does Not Meet Minimum Qualifications and False Classification of NEPOTISM" therefore DISPUTING FALSE CLAIMS made against THEM.

2

A MATTER OF FACT, NEOGOV stated on January 5, 2026 by VERIFIABLE SUBSTANTIAL EVIDENCE as such:

**"This is directly from our Legal Team"**
(As previously mentioned, NEOGOV is a software provider that licenses its products to government agencies and other customers.   Those customers are responsible for configuring and using their software, including any decisions about **applicant eligibility,** the **criteria they apply,** and the criteria they apply, and the **specifics status labels they chose to use in their hiring processes.   NEOGOV does not make or control those employment decisions, and we do not determine when or how any particular status is applied to an individual applicant.)** See enclosed document from NEOGOV to verify.

Jessica Romney
NEOGV Customer Support Supervisor

The OFFICIAL STATEMENT FROM NEOGOV aboved on January 5, 2026 provides VERIFIABLE WRITTEN SUBSTANTIAL EVIDENCE that SCDEW and South Carolina State Government Agencies applied "Barred From Applying, Candidate Has Been Marked, Does Not Meet Minimum Qualifications and False Classification of NEPOTISM" to DENY EMPLOYMENT OPPORTUNITIES OF EMPLOYMENT DISCRIMINATION and RETALIATION.

The OFFICIAL STATEMENT FROM NEOGOV aboved on January 5, 2026 VERIFIES that DEFENDANTS knew about and cover up Civil Rights Violations therefore participated as Co-Conspirators of a CONSPIRACY.   The OFFICIAL STATEMENT FROM NEOGOV aboved on January 5, 2026 VERIFIES against ALL or ANY DEFENDANTS who sought to HINDER or UNLAWFULLY INTERCEDE in Pro Se Plaintiff's attempts to obtain TRUE FACTS regarding Civil Rights Violations of Employment Discrimination and Retaliation.

3

The OFFICIAL STATEMENT FROM NEOGOV aboved on January 5, 2026 provides VERIFIABLE WRITTEN SUBSTANTIAL EVIDENCE of DISPUTING SCDEW and South Carolina State Government Agencies FALSELY BLAMING NEOGOV for a SECRETLY BLACKBALLED AFFECT with "Barred From Applying, Candidate Has Been Marked, Does Not Meet Minimum Qualifications and False Classification of NEPOTISM" to DENY EMPLOYMENT OPPORTUNITIES OF EMPLOYMENT DISCRIMINATION and RETALIATION.

And the VERIFIABLE WRITTEN SUBSTANTIAL EVIDENCE from NEOGOV on May 22, 2019 to August 12, 2019 that SECRETLY BLACKBALLED AFFECT with "Barred From Applying, Candidate Has Been Marked, Does Not Meet Minimum Qualifications and False Classification of NEPOTISM" to DENY EMPLOYMENT OPPORTUNITIES are FEATURES OF THEIR PRODUCT. DEFENDANTS knew their BAD ACTS of providing FALSE STATEMENTS to I as Pro Se Plaintiff when doing so therefore INTENTIONAL HARM.

I as Pro Se Plaintiff will provide VERIFIABLE SUBSTANTIAL WRITTEN EVIDENCE of FALSE RESPONSES from SCDEW and South Carolina State Government Agencies to cover up Civil Rights Violations in a MOTION to come as a MOTION TO SUBMIT SUBSTANTIAL EVIDENCE OF FALSE STATEMENTS BY SCDEW AND SOUTH CAROLINA STATE GOVERNMENT AGENCIES.

DEFENDANTS as SCDEW and South Carolina State Government Agencies by ADMISSION on December 21, 2023 of U.S. District Court, Columbia Division in Case No. 3:23-cv-4593-JDA-PJG admitted to taken actions DENYING I as Pro Se Plaintiff EMPLOYMENT OPPORTUNITIES at No. X. in their RESPONSE. DEFENDANTS, also at No. XI were of the HARM. DEFENDANTS therefore knew their LIES were INTENTIONAL HARM when doing SO. See enclosed documented evidence.

4

NOW DEFENDANTS by the ADMISSION on December 21, 2023 of U.S. District Court, Columbia Division in Case No. 3:23-cv-4593-JDA-PJG admitted to taken actions of DENYING I as Pro Se Plaintiff EMPLOYMENT OPPORTUNITIES at No. X. in their RESPONSE and at No. XI aware of HARM therefore AFFIRMED the OFFICIAL STATEMENT from NEOGOV on January 5, 2026 as stated aboved at page 3.    DEFENDANTS BAD ACTS OF LIES to cover up Civil Rights Violations of EMPLOYMENT DISCRIMINATION and RETALIATION were INTENTIONAL HARM.

And Case No. 3:14-cv-4817, Case   No. 3:16-cv-03255, Case No. 3:18-cv-1874, Case No. 3:21-cv-1606, Case No. 3:23-cv-4593 and others along with VERIFIED DOCUMENTED EVIDENCE are ASSOCIATED with this COMPLAINT where VERIFIABLE SUBSTANTIAL WRITTEN EVIDENCE in each case was submitted before U.S. District Court, Columbia Division that WILLFULLY IGNORED TO DENY JUSTICE as VINDICTIVE JUDICIAL MISCONDUCT

**WHEREFORE**, I as Pro Se Plaintiff submit this COMPLAINT against Defendants that violated Civil Rights of Employment Discrimination and Retaliation by Conspiracy to the COURT seeking a jury trial.

August 12 , 2026

Clarence B. Jenkins Jr.

Clarence B. Jenkins Jr.
945 Wire Rd.
Neeses, South Carolina 29107
803) 263-4514
Upscale81@yahoo.com
Pro Se Plaintiff

5